**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew P. Culley<br>&<br>Amber L. Culley aka Amber Felt<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 18-20335 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Harley Davidson Credit Corp and index same on the master mailing list.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            jwarmbrodt@kmllawgroup.com
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            Phone: (215)-627-1322

            Attorney for Movant/Applicant