UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amber L. Culley aka Amber Felt<br>Matthew P. Culley<br>　　　　　　　Debtor(s) | BK. NO. 18-20335 CMB |
| Harley Davidson Credit Corp<br>　　　　　　　Movant<br>v.<br>Amber L. Culley aka Amber Felt<br>Matthew P. Culley<br>　　　　　　　Respondent<br>and<br>TRonda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | CHAPTER 13<br><br>Related to Docket # 35<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 16th day of May, 2018, at Pittsburgh, upon Motion of Harley Davidson Credit Corp, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2007 Harley-Davidson VRSCDX Nightrod Special, VIN:1HD1HHZ127K803395, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　/s/ Carlota M. Böhm　dmr
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　5/16/18 10:30 am
　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20335-CMB
Matthew P. Culley                                                     Chapter 13
Amber L. Culley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: May 16, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Matthew P. Culley,    Amber L. Culley,   230 Quail Drive,   Greensburg, PA 15601-4728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Plaza Home Mortgage, Inc. ecfmail@mwc-law.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Harley Davidson Credit Corp bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Matthew P. Culley julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Amber L. Culley
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8