# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MATTHEW P. & AMBER L. CULLEY |
| **Case Number:** | 18-20335-CMB            **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 09, 2018 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/10/18 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#19 - Final Confirmation of Plan Dated 3/12/2018 (NFC)
R / M #:  19 / 0

## *Appearances:*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  9-27-18  at  1:00  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for calc and payments

8/2/2018    3:31:16PM