**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew P. Culley**
**Amber L. Culley**
**aka Amber Felt**
   Debtor(s)

Bankruptcy Case No.: 18−20335−CMB
Related to Dkt. No. 52
Chapter: 13
Docket No.: 53 − 52
Concil. Conf.: June 20, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 13, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 20, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 14, 2019
                                                                             Carlota M. Bohm
                                                                             United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-20335-CMB
Matthew P. Culley                                                   Chapter 13
Amber L. Culley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2          Date Rcvd: Mar 14, 2019
                              Form ID: 410            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
```
db/jdb         +Matthew P. Culley,   Amber L. Culley,   230 Quail Drive,   Greensburg, PA 15601-4728
cr             +First National Bank of Pennsylvania,   c/o Donna Donaher,   100 Federal Street,   Fourth Floor,
                 Pittsburgh, PA 15212-5708
14766663        Berkheimer Tax Innovations,   PO Box 25153,   Lehigh Valley, PA 18002-5153
14766664        CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14809228       +Canandaigua National Bank and Trust Company,   72 South Main St,   Canandaigua, NY 14424-1999
14796905        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14803854        Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                 Carol Stream, IL  60197-5008
14766666        Excela Health Anesthesia,   PO Box 1403,   Indianapolis, IN 46206-1403
14776608        First National Bank,   320 Water Avenue,   Conneaut Lake, PA 16316
14766667       +First National Bank of Pennsylvania,   4140 E. State Street,   Hermitage, PA 16148-3401
14776610       +Harley Davidson,   Dept. 15129,   Palatine, IL 60055-0001
14771662       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14932437       +Lakeview Loan Servicing, LLC,   c/o Loancare, LLC,   3637 Sentara Way,
                 Virginia Beach, Virginia 23452-4262
14766672       +New Credit America,   811 SW Natio Pkwy, Suite 300,   Portland, OR 97204-3344
14858137       +New Credit America,   PO Box 9125,   Portland, OR 97207-9125
14793107       +Peoples Natural Gas Company, LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14766673        Plaza Home Mortgage, Inc.,   1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
14766674        Southern Credit Adjusters,   PO Box 2764,   Rocky Mount, NC 27802-2764
14803881       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
                 PO Box 108,   St. Louis MO 63166-0108)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14766665        E-mail/Text: documentfiling@lciinc.com Mar 15 2019 02:48:09      Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
14766668       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 15 2019 02:49:05      Gettington,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14766670        E-mail/Text: bncnotices@becket-lee.com Mar 15 2019 02:48:15      Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
14782686        E-mail/PDF: pa_dc_claims@navient.com Mar 15 2019 02:50:45
                 Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14766671       +E-mail/PDF: pa_dc_ed@navient.com Mar 15 2019 02:51:02      Navient/Dept. of Education,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
14767197       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:13:34
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14803934        E-mail/Text: bnc-quantum@quantum3group.com Mar 15 2019 02:48:25
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
14766675       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 15 2019 02:48:23      The Limited,
                 PO Box 330066,   Denver, CO 80233-8066
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley Davidson Credit Corp
cr              Lakeview Loan Servicing, LLC
cr              Plaza Home Mortgage, Inc.
14766669        Harley Davidson
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14776604*       Berkheimer Tax Innovations,   PO Box 25153,   Lehigh Valley, PA 18002-5153
14776605*       CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14776606*       Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
14776607*       Excela Health Anesthesia,   PO Box 1403,   Indianapolis, IN 46206-1403
14776609*      +Gettington,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14938408*      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14776611*       Kohls,   PO Box 2983,   Milwaukee, WI 53201-2983
14776612*      +Navient/Dept. of Education,   PO Box 9635,   Wilkes Barre, PA 18773-9635
14776613*      +New Credit America,   811 SW Natio Pkwy, Suite 300,   Portland, OR 97204-3344
14776614*       Plaza Home Mortgage, Inc.,   1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
14802962*      +Plaza Home Mortgage, Inc.,   1 Corporate Drive, Suite 360,   Lake Zurich, IL 60047-8945
14776615*       Southern Credit Adjusters,   PO Box 2764,   Rocky Mount, NC 27802-2764
14776616*      +The Limited,   PO Box 330066,   Denver, CO 80233-8066
14766676*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,   43215 17th Ave. SW,   Fargo, ND 58125)
14776617*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,   43215 17th Ave. SW,   Fargo, ND 58125)
                                                                                   TOTALS: 4, * 17, ## 0
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 14, 2019
                              Form ID: 410            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor   Plaza Home Mortgage, Inc. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Donna M. Donaher    on behalf of Creditor   First National Bank of Pennsylvania
           donaherd@fnb-corp.com
          James Warmbrodt    on behalf of Creditor   Harley Davidson Credit Corp bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Amber L. Culley
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Matthew P. Culley julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Raymond M Kempinski    on behalf of Creditor   Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```