IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>Matthew P. Culley )<br>Amber L. Culley )<br>    Debtors )<br>)<br>Matthew P. Culley )<br>Amber L. Culley )<br>    Movants )<br>        vs. )<br>Berkheimer Tax Innovations, CBCS, )<br>Comcast, Excela Health Anesthesia, First )<br>National Bank, First National Bank of )<br>Pennsylvania, Gettington, Harley )<br>Davidson Credit Corp., Kohl's, McCabe )<br>Weisberg & Conway PC, Navient Solutions, )<br>Navient/Dept. of Education, New Credit )<br>America, Office of the United States )<br>Trustee, PRA Receivables Management, )<br>Pennsylvania Department of Revenue, )<br>Plaza Home Mortgage Inc., Southern )<br>Credit Adjusters, The Limited, US Bank, )<br>Ronda J. Winnecour )<br>    Respondents ) | Case No. 18-20335 CMB<br>Chapter 13<br><br><br><br>Related to: Document No. 55 |

## CONSENT ORDER OF COURT DISMISSING DEBTORS' CHAPTER 13 BANKRUPTCY CASE

AND NOW, to wit this ___3rd___ day of ___April___, 2019, it is hereby ORDERED, ADJUDGED and DECREED:

1. This case was commenced on January 30, 2018 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors can no longer afford to stay in their Chapter 13 Plan. The husband-debtor has time periods where he is laid off and the wife-debtor does not have a consistent paycheck.
3. The debtors are requesting that their Chapter 13 Bankruptcy case be dismissed.
4. The Chapter 13 Trustee's office consents to this Order.

<u>April 2, 2019</u>　　　　　　　　　　　　<u>/s/ Kenneth M. Steinberg</u>
Date　　　　　　　　　　　　　　　　　　Kenneth M. Steinberg, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor


<u>April 2, 2019</u>　　　　　　　　　　　　<u>/s/ Jana Pail</u>
Date　　　　　　　　　　　　　　　　　　Jana Pail, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Chapter 13 Trustee

*[judge's signature]*

FILED
4/3/19 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-20335-CMB
Matthew P. Culley                                                   Chapter 13
Amber L. Culley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin                  Page 1 of 1                  Date Rcvd: Apr 03, 2019
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db/jdb         +Matthew P. Culley,    Amber L. Culley,   230 Quail Drive,   Greensburg, PA 15601-4728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Plaza Home Mortgage, Inc. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor    Harley Davidson Credit Corp bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Matthew P. Culley julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Amber L. Culley
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Raymond M Kempinski    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9