**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MATTHEW P. CULLEY
    AMBER L. CULLEY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
  No Respondents.

Case No.:18-20335

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

      1.  The case was filed on 01/30/2018  and confirmed on 04/02/2018 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

      2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,238.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,238.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 955.69 | |
|   Trustee Fee | 277.72 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,233.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 5,004.59 | 0.00 | 5,004.59 |
|   Acct: 7067 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 13,354.48 | 0.00 | 0.00 | 0.00 |
|   Acct: 7067 | | | | |
| CANANDAIGUA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0497 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0814 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6597 | | | | |
| | | | | 5,004.59 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW P. CULLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 955.69 | 0.00 | 0.00 |
|   Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8204 | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 337.95 | 0.00 | 0.00 | 0.00 |
| Acct: 9111 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1226 | | | | |
| EXCELA HEALTH ANESTHESIA ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: EXEL | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FI | 1,351.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9103 | | | | |
| CAPITAL ONE NA** | 550.49 | 0.00 | 0.00 | 0.00 |
| Acct: 1943 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHERN CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2120 | | | | |
| THE LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5961 | | | | |
| US BANK NA** | 1,799.21 | 0.00 | 0.00 | 0.00 |
| Acct: 7846 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 4,013.81 | 0.00 | 0.00 | 0.00 |
| Acct: 6767 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 4,054.79 | 0.00 | 0.00 | 0.00 |
| Acct: 6767 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 126.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1032 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 5,379.73 | 0.00 | 0.00 | 0.00 |
| Acct: 6597 | | | | |
| NEW CREDIT AMERICA | 6,294.90 | 0.00 | 0.00 | 0.00 |
| Acct: 4871 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9985 | | | | |
| ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | * * * N O N E * * * | | |

TOTAL PAID TO CREDITORS                                                                 5,004.59

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                13,354.48
UNSECURED              23.909.09

Date: 05/20/2019                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com